

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | | |
|---|---|---|
| CHRISTOPHER LEE JOHNSON, § | | |
| Plaintiff, § | | |
| § | | |
| vs. § | | Civil Action No. 6:19-02548-MGL-KFM |
| § | | |
| APPLE INC. and TIM COOK, § | | |
| Defendant. § | | |
| § | | |

**ORDER ADOPTING THE REPORT AND RECOMMENDATION
AND DISMISSING PLANTIFF'S COMPLAINT WITH PREJUDICE
AND WITHOUT ISSUANCE AND SERVICE OF PROCESS**

Plaintiff Christopher Lee Johnson (Johnson), proceeding pro se, filed this action seeking damages from Apple and Tim Cook. The matter is before the Court for review of the Report and Recommendation (Report) of the United States Magistrate Judge suggesting Johnson's Complaint be dismissed with prejudice and without issuance and service of process. The Report was made in accordance with 28 U.S.C. § 636 and Local Civil Rule 73.02 for the District of South Carolina.

The Magistrate Judge makes only a recommendation to the Court. The recommendation has no presumptive weight. The responsibility to make a final determination remains with the Court. *Mathews v. Weber*, 423 U.S. 261, 270 (1976). The Court is charged with making a *de novo* determination of those portions of the Report to which a specific objection is made, and the Court may accept, reject, or modify, in whole or in part, the recommendation of the Magistrate Judge or recommit the matter with instructions. 28 U.S.C. § 636(b)(1). The Court need not conduct a de novo review, however, "when a party makes general and conclusory objections that do not direct

the court to a specific error in the [Magistrate Judge's] proposed findings and recommendations." *Orpiano v. Johnson*, 687 F.2d 44, 47 (4th Cir. 1982); *see* Fed. R. Civ. P. 72(b).

The Magistrate Judge filed the Report on September 18, 2019. Johnson filed his Objections to the Report (Objections) on October 2, 2019. The Court has reviewed the objections but holds them to be without merit. It will therefore enter judgment accordingly.

Johnson's rambling objections suffer from the same infirmity as Johnson's complaint. Johnson's filing fails to present any specific objections to the Magistrate's report, but rather expands his delusional and incomprehensible narrative previously presented in his complaint. Accordingly, the Court need not conduct a de novo review based upon these objections. *See Orpiano*, 687 F.2d at 47.

After a thorough review of the Report and the record in this case pursuant to the standard set forth above, the Court overrules Johnson's objections, adopts the Report, and incorporates it herein. Therefore, it is the judgment of the Court Johnson's amended complaint is **DISMISSED WITH PREJUDICE** and without issuance and service of process.

**IT IS SO ORDERED.**

Signed this 30th day of October 2019 in Columbia, South Carolina.

                                                s/ Mary Geiger Lewis
                                                MARY GEIGER LEWIS
                                                UNITED STATES DISTRICT JUDGE

*****
**NOTICE OF RIGHT TO APPEAL**

The parties are hereby notified of the right to appeal this Order within thirty days from the date hereof, pursuant to Rules 3 and 4 of the Federal Rules of Appellate Procedure.